## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION



PROVIDED TO
WASHINGTON CI ON

NUV 1 8 2010

FOR MAILING

WILLIAM CHANDLER,

      Petitioner,

v.                                                Case No. 6:09-cv-2035-ACC-KRS

SECRETARY,   DEPARTMENT   OF
CORRECTIONS, et. al.

      Respondent,

_____

## MOTION FOR LEAVE TO FILE REPLY IN EXCESS OF TWENTY-FIVE PAGES

    **COMES NOW,** the Petitioner William Chandler, *pro se*, pursuant to Local Rule 3.01(d) and moves this Honorable Court for leave to file an Amended Reply in excess of twenty-five pages and sets forth the following in support thereof:

1.  Petitioner proposes to file a fifty-two (52) page Amended Reply to the State's Response.

2.  Petitioner previously filed an Amended Reply in the above-styled case number, but the Court struck the Reply for being in excess of the 25-page limit prescribed by Local Rule 3.01(c). The Court granted Petitioner leave to file an amended reply within 30 days of its November 12th, 2010 order (Doc 27).

3. Petitioner's issues on Ground One relate to trial testimony, and it is necessary to refer to excerpts from said testimony of the multiple (over six) witnesses (expert and lay) which were called by the State in order to demonstrate the evidence not supporting convictions for First Degree Murder and Aggravated Child Abuse.

4. Petitioner avers that it is necessary to offer a brief overview of what the potential testimony of Don McGrady, Don Davis, Kevin Swaggart, and the Petitioner would have been had they been called (Grounds 3 and 4); as well as a comparison on how the missing testimony would have contradicted the State's key witnesses and evidenced *Petitioner's* innocence.

5. Petitioner further avers that the law on Petitioner's "actual innocence" claim (Ground 5) is complicated, and a discussion on the relevant laws, rules and facts are necessary to demonstrate to the Court Petitioner merits relief.

WHEREFORE, based on the forgoing facts, Petitioner humbly requests this Honorable Court grant him leave to file a fifty-two (52) page Amended Reply.

Respectfully Submitted,

/s/_____

William Chandler, *pro se*

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the foregoing Motion for Copies has been

placed into the hands of institutional staff of Northwest Florida Reception Center for deliver by

U.S. Mail to: Office of the Attorney General, 444 Sea Breeze Blvd., Daytona Beach, FL 32118 on

this _18_ day of _NOVEMber_, 2010.

/s/ _W.B. Chdlr III_

William Chandler, *pro se*
DC # 168780
Northwest Florida Reception Center
4455 Sam Mitchell Drive
Chipley, Florida 32428